## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) | **3:09-md-02100-DRH** **MDL No. 2100** |

**This Document Relates To:**

*Debra Jennings v. Bayer HealthCare Pharmaceuticals Inc., et al.*      No. 12-cv-11042-DRH

*Amanda Ziemba v. Bayer HealthCare Pharmaceuticals Inc., et al.*      No. 11-cv-13216-DRH

<u>**JUDGMENT IN A CIVIL CASE**</u>

    **DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

              **JUSTINE FLANAGAN,**
              **ACTING CLERK OF COURT**

              **BY:  /s/*Caitlin Fischer***
                    **Deputy Clerk**

Digitally signed by
Judge David R.
Herndon
Date: 2016.03.14
15:29:15 -05'00'

APPROVED:
            DISTRICT JUDGE
            U. S. DISTRICT COURT